E-FILED 10-23-09

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA VARDANYAN,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO N.A., et al.,<br><br>    Defendants.<br>_____ | CASE NO. CV 09-5450-GHK (AGRx)<br><br>JUDGMENT |

    Pursuant to our October 8, 2009 Order, Defendant Wells Fargo Bank N.A. is **DISMISSED with prejudice**. Pursuant to our October 23, 2009 Order, Defendants First Eagle Finance and Fidelity National Trust Company are **DISMISSED without prejudice**. It is hereby **ADJUDGED** that Plaintiff Hilda Vardanyan's Complaint is **DISMISSED**.

    **IT IS SO ORDERED**.

DATED: October 23, 2009

_____
GEORGE H. KING
United States District Judge